UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GREGROY BROWN** | * |
| | • **CIVIL ACTION NO. 2:18-cv-4400** |
| **VERSUS** | * |
| | • **JUDGE  MARY ANN V. LEMMON** |
| **ALBERT BOSSIER, ET AL** | *   MAG.    MICHAEL NORTH |
| | * |
| | * |

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes OneBeacon America Insurance Company, now known as, Lamorak Insurance Company ("Lamorak"), which submits its corporate disclosure statement as follows:

Lamorak is a wholly owned subsidiary of Bedivere Insurance Company, which in turn is a wholly owned subsidiary of Trebuchet US Holdings, Inc., a Delaware corporation, which in turn is a wholly owned subsidiary of Trebuchet Investments, Limited, a Bermuda company, which in turn is a wholly owned subsidiary of Armour Group Holdings, Limited, a Bermuda Company. Armour is controlled by voting share ownership by Brad Huntington and John Williams. No publicly held corporation owns more than 10% of Lamorak.

Respectfully submitted:

*s/ Samuel M. Rosamond, III*
SAMUEL M. ROSAMOND, III (17122)
srosamond@twpdlaw.com
ADAM D. DEMAHY (29826)
ademahy@twpdlaw.com
**TAYLOR, WELLONS, POLITZ & DUHE, APLC**
1515 Poydras Street - Suite 1900
New Orleans, Louisiana 70112
Phone: 504-525-9888
Fax:    504-525-9899

1

*Attorneys for Lamorak Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Samuel M. Rosamond, III*